UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 14-14676 ABA

Debtor: Matthew & Marla Gushue

| Check Number | Creditor | Amount |
|---|---|---|
| 1861516 | Bank of America, N.A. | 2061.39 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 8, 2014