B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
### District Of <u>New Jersey</u>

In re  <u>Matthew Gushue</u>                                      Case No.  <u>14-14676-ABA</u>
       <u>Maria Gushue</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the IGSC Series II Trust | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely owner Trustee for GFT Mortgage Loan Trust 2015-GFT2 |
|---|---|
| _____<br>Name of Transferee | _____<br>Name of Transferor |

Name and Address where notices to transferee
Should be sent:

U.S. Bank Trust National Association, et al
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Court Claim # (if known):  10-2
Amount of Claim:  $257,147.60 (secured)
Date Claim Filed: 11/3/2014
Date Amended Claim Filed: 06/30/2016

Phone: _____                 Phone: _____
Last Four Digits of Acct #: <u>2772</u>                           Last Four Digits of Acct #: <u>9822</u>

Name and Address where transferee payments
should be sent (if different from above):

U.S. Bank Trust National Association et al
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Phone: _____
Last Four Digits of Acct #: <u>2772</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Brian E. Caine, Esq.</u>                                 Date:  <u>2/24/17</u>
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I certify that the foregoing notice has been served on the following:

Matthew Gushue
Maria Gushue
669 1st Avenue
Deptford, NJ 08096
**Debtors – Served Via Regular Mail**

Ronald DeSimone
Law Offices of Ronald DeSimone, PC
900 North Kings Highway, Suite 302
Cherry Hill, NJ 08034
**Debtor's Attorney – Served Electronically & Regular Mail**

Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
**Chapter 13 Trustee-Served Electronically & Regular Mail**


Signed: /s/ Brian E. Caine    Title: Attorney    Date: 2/24/2017
Direct Telephone No. 856-985-4059    Mail, Fax or Email address:
bcaine@parkermccay.com